**Order entered February 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00684-CR

**STEPHANIE ANNE TIMINEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-84907-2020**

## ORDER

Before the Court is appellant's second motion for an extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due by March 14, 2022.

/s/     LANA MYERS
        JUSTICE